# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 515
:
PROMULGATION OF FINANCIAL : JUDICIAL ADMINISTRATION
REGULATIONS PURSUANT TO 42 :
Pa.C.S. § 3502(A) : DOCKET

## ORDER

**PER CURIAM:**

    **AND NOW**, this 10th day of April, 2019, it is Ordered pursuant to Article V, Section 10(c) of the Constitution of Pennsylvania and Section 3502(a) of the Judicial Code, 42 Pa.C.S. §3502(a), that the Court Administrator of Pennsylvania is authorized to promulgate the attached Financial Regulations. The Financial Regulations are effective April 28, 2019.

    To the extent that notice of proposed rulemaking may be required by Pa.R.J.A. No. 103, the immediate promulgation of the regulations is hereby found to be in the interest of efficient administration.

    This Order is to be processed in accordance with Pa.R.J.A. No. 103(b) and is effective immediately.

A True Copy Patricia Nicola
As Of 04/10/2019

Attest: _____
Chief Clerk
Supreme Court of Pennsylvania